| | |
|---|---|
| LAW OFFICE OF EMILY DELEON <br> EMILY DELEON, SBN 296416 <br> 1318 K Street <br> Bakersfield, CA 93301 <br> Tel: (661) 326-0857 <br> Email: emilydeleonlaw@gmail.com <br><br> Attorney for: <br> KAMMI SARGENT | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> KAMMI SARGENT, <br><br> Defendants. | Case No. 1:18-cr-00134-LJO-SKO <br><br><br><br><br><br> <u>STIPULATION AND ORDER TO CONTINE STATUS CONERENCE</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Tuesday, December 11, 2018, be continued to February 7, 2019.

Defense counsel and Ms. Sargent have not been able to have a meaningful discussion of the plea agreement provided to Counsel on November 26, 2018 due to Ms. Sargent being ill. I have spoken to the Government and believe there is no opposition to this continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

1

**IT IS SO STIPULATED.**

DATED: 12/10/2018

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
KAMMI SARGENT

DATED: 12/10/2018

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set for December 12, 2018 be continued to February 7, 2019. The Court finds that the period of delay is excludable for defense preparation and ongoing plea negotiations, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **December 10, 2018**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE