```
1   LAW OFFICE OF EMILY DELEON
    EMILY DELEON, SBN 296416
2   1318 K Street
    Bakersfield, CA 93301
3   Tel: (661) 326-0857
4   Email: emilydeleonlaw@gmail.com

5   Attorney for:
    KAMMI SARGENT
6
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00134-LJO-SKO |
|---|---|
| Plaintiff | |
| KAMMI SARGENT, | |
| Defendants. | STIPULATION AND ORDER TO CONTINE STATUS CONERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Thursday, February 21, 2019, be continued to March 21, 2019.

Defense counsel is presently engaged in a felony jury trial. Defense counsel and the Government need additional time to have a meaningful discussion of the plea agreement.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

///

///

1

///

**IT IS SO STIPULATED.**

DATED: 02/19/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
KAMMI SARGENT


DATED: 02/19/19

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set for February 21, 2019 be continued to March 21, 2019. The Court finds that the period of delay is excludable for defense preparation and ongoing plea negotiations, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 20, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE