LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emilydeleonlaw@gmail.com

Attorney for:
KAMMI SARGENT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00134-LJO-SKO |
|---|---|
| Plaintiff | |
| KAMMI SARGENT, | |
| Defendants. | STIPULATION AND ORDER TO CONTINE STATUS CONERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Wednesday, March 20, 2019, be continued to April 24, 2019.

Defense counsel has some additional discovery to review with Ms. Sargent before entering into the proposed plea agreement. The intention of the defense is to vacate the next status date and set the matter for change of plea in front of the District Court Judge.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

///

1

**IT IS SO STIPULATED.**

DATED: 03/19/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
KAMMI SARGENT

DATED: 03/19/19

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set for March 20, 2019 be continued to April 24, 2019. The Court finds that the period of delay is excludable for defense preparation and ongoing plea negotiations, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 19, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE