**LAW OFFICE OF EMILY DELEON**
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
KAMMI SARGENT

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>KAMMI SARGENT,<br><br>Defendants. | Case No. 1:18-cr-00134-LJO-SKO<br><br><u>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Wednesday, April 24, 2019 be vacated. Defense further requests that a change of plea hearing be scheduled in front of the Honorable Lawrence J. O'Neill on April 29, 2019 at 9:30 a.m.

The parties also agree the delays resulting from the brief continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

//

//

1

**IT IS SO STIPULATED.**

DATED: 04/23/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
KAMMI SARGENT

DATED: 04/23/19

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

The status conference set for April 24, 2019 is vacated and a change of plea hearing ia scheduled for April 29, 2019 at 9:30 a.m. in front of the Honorable Lawrence J. O'Neill. The Court finds that the period of delay is excludable the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 23, 2019**      */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE