| | |
|---|---|
| LAW OFFICE OF EMILY DELEON<br>EMILY DELEON, SBN 296416<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: emily@lawdeleon.com<br><br>Attorney for:<br>KAMMI SARGENT | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>KAMMI SARGENT,<br><br>    Defendants. | Case No. 1:18-cr-00134-LJO-SKO<br><br><br><br><u>STIPULATION AND ORDER TO CONTINE SENTENCING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, LAWRENCE J. O'NEILL AND VINCENTE TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through her attorney of record, EMILY DELEON, hereby requesting that the Sentencing Hearing currently set for Monday, July 15, 2019 be continued to August 5, 2019. The defendant has additional financial forms that she must turn over to the government in preparation for sentencing. The defense has additional records and information to obtain for sentencing.

**IT IS SO STIPULATED.**

DATED: 07/01/19

                                              Respectfully Submitted,
                                              */s/ Emily Deleon*
                                              EMILY DELON
                                              Attorney for Defendant
                                              KAMMI SARGENT

DATED: 07/01/19

                                              */s/Vincente Tennerelli*
                                              VINCENTE TENNERELLI
                                              Assistant U.S. Attorney

## **ORDER**

The SENTENCING HEARING set for July 15, 2019 is continued to August 5, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 6, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE