| | |
|---|---|
| LAW OFFICE OF EMILY DELEON<br>EMILY DELEON, SBN 296416<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: emily@lawdeleon.com<br><br>Attorney for:<br>KAMMI SARGENT | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>KAMMI SARGENT,<br><br>    Defendants. | Case No. 1:18-cr-00134-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINE SENTENCING (note change of date from that requested) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, LAWRENCE J. O'NEILL AND VINCENTE TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KAMMI SARGENT, by and through her attorney of record, EMILY DELEON, hereby requesting that the Sentencing Hearing currently set for August 5, 2019 be continued to August 26, 2019.  Defense counsel is scheduled to be in jury trial on August 5, 2019 in People v. Jesus Aguayo, Case Number SF019419A, in Bakersfield, CA.  The trial is scheduled to begin August 1, 2019.

**IT IS SO STIPULATED.**

DATED: 07/31/19

                                                Respectfully Submitted,
                                                ***/s/ Emily Deleon***
                                                EMILY DELON
                                                Attorney for Defendant
                                                KAMMI SARGENT

DATED: 07/31/19

                                                ***/s/Vincente Tennerelli***
                                                VINCENTE TENNERELLI
                                                Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the SENTENCING HEARING set for August 5, 2019 be continued to August 19, 2019 at 9:30 a.m.   The Court is out of the District on the date requested..

IT IS SO ORDERED.

    Dated:   **July 31, 2019**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE