| | |
|---|---|
| 1 | **LAW OFFICE OF EMILY DE LEON** |
| 2 | **Emily de Leon, SBN 296416** |
|   | 1318 K Street |
| 3 | Bakersfield, CA 93301 |
|   | PHONE: (661)326-0857 |
| 4 | FAX: (661)326-0936 |
| 5 | EMAIL: emily@lawdeleon.com |

ATTORNEY FOR Defendant,
KAMMI SARGENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00134- LJO |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| KAMMI SARGENT, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Kammi Sargent, by and through her attorney Emily de Leon, hereby requests that the Sentencing Memorandum be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The contents of the Defendant's Sentencing Memorandum set out confidential and sensitive information that is subject to the Defendant's privacy rights. The defense has a safety concern for Ms. Sargent should the material not be sealed.

Accordingly, it is requested that the Sentencing Memorandum be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated: August 14, 2019    By: */s/Emily de Leon*
EMILY DE LEON
Attorney for KAMMI SARGENT

## **ORDER**

For reasons set forth above, the Defendants request to have the Sentencing Memorandum be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated: **August 15, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE